UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

FREDERICK SHAWNEE CARTER,

    Plaintiff,

v.                                            CIVIL ACTION NO. 5:25-cv-00020

CINDY JOHNSON, PA,
DR. JENNIFER WHALEY,
DOTSON PEST CONTROL,
RALEIGH GENERAL HOSPITAL,
MED EXPRESS,
CAMC GENERAL HOSPITAL, and
W.V. HEALTHRITE FREE CLINIC,

    Defendants.

**ORDER**

    Pending is Plaintiff Frederick Shawnee Carter's Application to Proceed without Prepayment of Fees and Costs [ECF 4] and Amended Complaint [ECF 5], filed January 30, 2025. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R [ECF 6] on February 18, 2025, recommending that the Court deny Mr. Carter's Application to Proceed Without Prepayment of Fees and Costs, dismiss the Amended Complaint, and remove this matter from the Court's docket.

    The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 7, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 6**], **DENIES** the Application to Proceed without Prepayment of Fees and Costs [**ECF 4**], **DISMISSES** the Amended Complaint [**ECF 5**], and **DISMISSES** the matter.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: March 14, 2025

Frank W. Volk
Chief United States District Judge